# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LAWRENCE TOTTEN, <br><br> Plaintiff, <br><br> v. <br><br> DIVERSIFIED CONSULTANTS, INC., <br><br> Defendant. | Case No. 1:18-cv-03518 <br><br> Honorable John J. Tharp <br><br> Honorable Jeffrey Cole <br> Magistrate Judge |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between Plaintiff, LAWRENCE TOTTEN, and Defendant, DIVERSIFIED CONSULTANTS, INC., through counsel, that said action be dismissed without prejudice with leave to reinstate within 45 days and without costs to either party pursuant to Fed. R. Civ. P. 41.

Dated: January 10, 2019  Respectively submitted,

*/s/ Joseph S. Davidson*  */s/ Andrew E. Cunningham (with consent)*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Lawrence Totten*

Andrew E. Cunningham
**SESSIONS FISHMAN NATHAN & ISRAEL, LLC**
141 West Jackson Boulevard
Suite 3550
Chicago, Illinois 60604
+1 312-578-0990
acunningham@sessions.legal

*Counsel for Diversified Consultants, Inc.*