# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Lawrence Totton

                        Plaintiff,

v.                                               Case No.: 1:18−cv−03518

                                                           Honorable John J. Tharp Jr.

Diversified Consultants, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 11, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr:Upon receipt of the parties' joint stipulation of dismissal [23] and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed without prejudice, with leave to reinstate within 45 days and without costs to either party. Absent action to reinstate the complaint within 45 days, the dismissal shall thereafter be with prejudice without further action by the Court. All future hearings and deadlines are stricken and all pending motions are denied as moot. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.